IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC CORBIN, | : | Civil No. 3:20-cv-526 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN DOUGLAS K. WHITE, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 4th day of May, 2020, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

_s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge